

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JOHN M. STEVENSON, | § | No. 08-16-00017-CV |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § |  |
| V. | § | County Court at Law No. 1 |
|  | § |  |
| FRANKLIN GARDEN | | of Travis County, Texas |
| APARTMENTS, | § |  |
|  |  | (TC# C-1-CV-15-006636) |
| Appellee. | § |  |

## **J U D G M E N T**

The Court has considered this cause on the joint motion to dismiss and release funds in the court registry, and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal and order the District Court of Travis County to release to Franklin Garden Apartments the funds paid into the registry of the court for the purpose of superseding the judgment. It is further ordered that costs of this appeal are taxed against the party incurring same. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF JANUARY, 2017.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.